EXHIBIT A

## Dennis Fusaro
PO Box 403 Stephens City, Virginia 22655

[DATE]

Dear Maryland Citizen,

You are the ultimate maker of public policy in the state of Maryland. You may or may not vote in state-level elections in the "Free State" but your voice can and should be heard when it comes to the way public officials behave in office.

If you don't speak up and speak out, these officials will often act according to their own self-interest rather than acting in pursuit of Constitutional Principles and the oaths they've sworn to uphold them.

One example of the failure to uphold the principles of both the U.S. and Maryland Constitutions can be found in the person of the Maryland State Prosecutor, a man named Emmett C. Davitt.

Davitt was appointed to this office, and his term expired in 2016, but he has remained in that office in so-called "holdover" status. He continues to collect his taxpayer-funded salary and attack First Amendment free speech rights under the color of law.

I experienced this censorship first hand. I was charged with violating state campaign finance laws for a speech communication that cost under $100. Davitt wanted me to serve thirty (30) days in jail for speaking out. Thankfully, a jury of my peers found me not guilty in my second trial. Davitt's next target may not be so lucky.

As a Maryland government official, Davitt breaks the law by misusing his power to infringe on constitutionally-protected individual free speech rights. He acts under the "color of law" to violate the law and disobey the oath he swore to uphold and defend the U.S. and Maryland Constitutions against all enemies foreign and domestic. In fact, he himself has become an enemy of the Constitution and the rule of law.

Please call Davitt at 1-800-695-4058 (toll free) or email him at emmet.davitt@maryland.gov

Ask him to do the right thing. Tell him to resign.

Yours for Constitutional Liberty,

Dennis Fusaro

## Exhibit A
