EXHIBIT B

# State of Maryland
## Application for Voter Registration Data

**1. Provide Applicant Information** *(Must be a Registered Maryland Voter)*

Name: DENNIS FUSARO  Best Phone #: 540-660-5331
Residential Address: 242 Brunswick RD
City: Stephens City   State: VA   Zip Code: 22655   Registered in: Frederick Co. (County/City)

**2. Provide Organization Information** *(Required if you are buying data on behalf of an organization)*

Name of Entity: _____
Address: _____
City: _____ State: __ Zip Code: _____

**3. Indicate Region of Data Needed** *(Check one)*

[X] Statewide ($125)   [ ] Single County or Baltimore City ($75) - Specify: _____
[ ] Single District ($75) - Specify District Type: _____ District Number: _____

**4. Indicate Type of List Needed** *(See next page for file details. Check all that apply)*

[ ] Walking List *(Not available Statewide.)*
[ ] Absentee Applicants List for a single election. Specify election: _____
[ ] Early Voting List for a single election. Specify election: _____
[X] Registered Voter List
   Voting History *(up to 10 elections)*: [X] Included in Voter List *(If statewide, only 5 elections)*  [ ] As a separate file from Voter List
   Specify Election Types: [X] Gubernatorial Primary [X] Gubernatorial General | [X] Presidential Primary [X] Presidential General
   Specify Election Years: [ ]2018 [X]2014 [ ]2010 [ ]2006 [ ]2002 [ ]1998 | [X]2016 [ ]2012 [ ]2008 [ ]2004 [ ]2000

**5. Limit the Type of Voters to Include on List** *(Check all that apply)*

[ ] Only Active Voters
OR
[ ] Specific Registration Date Range _____
[ ] Specific Party(ies) _____
[X] All Registered Voters of All Parties, including inactive voters

**6. Choose Delivery Method** *(files are usually too large to send by email)*

[ ] File Transfer (FTP) **(no additional fee)**  Provide Email: _____
[X] On CD **(add $3 fee)** - Specify: [ ] Will Pick Up [X] Mail to Applicant [ ] Mail to Organization [ ] Mail to Other (Specify):
Address: P.O. Box 403
City: STEPHENS CITY   State: VA   Zip Code: 22655

**7. Read Statement and Sign Oath**

Under penalty of perjury, I hereby declare, as required by Election Law Article, § 3-506, *Annotated Code of Maryland*, that **the list of registered voters for which I am applying is not intended to be used for commercial solicitation or for any other purpose not related to the electoral process.** I am aware that, if I use the list for commercial solicitation or for any other purpose not related to the electoral process, or make the list available to the public or third parties or publish or republish the list in a way that allows it to be used in that manner, I will be guilty, upon conviction of a misdemeanor and subject to punishment under Election Law Article, Title 16, *Annotated Code of Maryland*.

I, DENNIS FUSARO _____ (print or type name), have read and understand the above statement and agree to pay the balance due upon receipt of the voter registration list.

Applicant's Signature: *[signed]*   Date: 08/24/17

| For Office Use Only: Filled By: _____ | Date: _____ |
|---|---|
| Applicant's Voter Reg Num: _____ | Total Fee: _____ |
| Total Deposit Received: _____ | Date Remainder Paid: _____ |

**Exhibit B**





Exhibit B