FILED: August 12, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2167
(1:17-cv-03582-ELH)
_____

DENNIS FUSARO

      Plaintiff - Appellant

v.

MEMBER MICHAEL R. COGAN, Maryland State Board of Elections;
MEMBER EMMET C. DAVITT, Maryland State Board of Elections; MEMBER
PATRICK J. HOGAN, Maryland State Board of Elections; MEMBER KELLEY
A. HOWELLS, Maryland State Board of Elections; MEMBER GLORIA
LAWLAH, Maryland State Board of Elections; MEMBER DAVID J.
MCMANUS, JR., Maryland State Board of Elections

      Defendants - Appellees

_____

O R D E R
_____

Costs for these proceedings are taxed and certified in the amount of $573.20, as itemized in the accompanying bill of costs.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

## U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT BILL OF COSTS FORM (Civil Cases)

**Directions:** Under FRAP 39(a), the costs of appeal in a civil action are generally taxed against appellant if a judgment is affirmed or the appeal is dismissed. Costs are generally taxed against appellee if a judgment is reversed. If a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed as the court orders. A party who wants costs taxed must, within 14 days after entry of judgment, file an itemized and verified bill of costs, as follows:

- Itemize any fee paid for docketing the appeal. The fee for docketing a case in the court of appeals is $500 (effective 12/1/2013). The $5 fee for filing a notice of appeal is recoverable as a cost in the district court.
- Itemize the costs (not to exceed $.15 per page) for copying the necessary number of formal briefs and appendices. (Effective 10/1/2015, the court requires 1 copy when filed; 3 more copies when tentatively calendared; 0 copies for service unless brief/appendix is sealed.). The court bases the cost award on the page count of the electronic brief/appendix. Costs for briefs filed under an informal briefing order are not recoverable.
- Cite the statutory authority for an award of costs if costs are sought for or against the United States. *See* 28 U.S.C. § 2412 (limiting costs to civil actions); 28 U.S.C. § 1915(f)(1) (prohibiting award of costs against the United States in cases proceeding without prepayment of fees).

Any objections to the bill of costs must be filed within 14 days of service of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.

Case Number & Caption: 18-2167 Fusaro v. Cogan, et al.

Prevailing Party Requesting Taxation of Costs: Dennis Fusaro

| Appellate Docketing Fee (prevailing appellants): | | Amount Requested: $500 ✓ | | Page Cost (≤ $.15) | Amount Allowed: | |
|---|---|---|---|---|---|---|
| **Document** | **No. of Pages** | | **No. of Copies** | | | **Total Cost** |
| | Requested | Allowed (court use only) | Requested | Allowed (court use only) | | Requested | Allowed (court use only) |
| Joint Appendix | 64 ✓ | | 4 ✓ | | $.15 | 38.40 ✓ | |
| Apellant's Brief | 38 ✓ | | 4 ✓ | | $.15 | 22.80 ✓ | |
| Appellant's Reply Brief | 20 ✓ | | 4 ✓ | | $.15 | 12.00 ✓ | |
| | | | | | | | |
| **TOTAL BILL OF COSTS:** | | | | | | 573.2 ✓ ABW | |

1. If copying was done commercially, I have attached itemized bills. If copying was done in-house, I certify that my standard billing amount is not less than $.15 per page or, if less, I have reduced the amount charged to the lesser rate.
2. If costs are sought for or against the United States, I further certify that 28 U.S.C. § 2412 permits an award of costs.
3. I declare under penalty of perjury that these costs are true and correct and were necessarily incurred in this action.

Signature: s/ Stephen Klein     Date: 7/24/2019

### Certificate of Service

I certify that on this date I served this document as follows:
I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all the registered CM/ECF users.

Signature: s/ Stephen Klein     Date: 7/24/2019

02/06/2018 PSC/ SCC

USCA4 Appeal: 18-2167     Doc: 35-4     Filed: 07/24/2019     Pg: 2 of 4     Total Pages:(3 of 5)
USCA4 Appeal: 18-2167     Doc: 35-4     Filed: 07/24/2019     Pg: 2 of 4     Total Pages:(2 of 4)
Case 1:17-cv-03582-ELH   Document 36   Filed 08/12/19   Page 3 of 5

**Gibson Moore Appellate Services, LLC**

206 East Cary Street
P.O. Box 1460
Richmond, VA 23218

PAID
11-30-18

# Invoice

| Date | Invoice # |
|---|---|
| 11/14/2018 | 105107 |

| Bill To | Case |
|---|---|
| Stephen Ralph Klein<br>PILLAR OF LAW INSTITUTE<br>455 Massachusetts Avenue, Suite 359<br>Washington, DC 20001 | 18-2167<br>Fusaro v. Davitt, et al. |

| Terms | Due Date | Rep | File Date |
|---|---|---|---|
| Net 15 | 11/29/2018 | PW | 11/13/2018 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 4th AA Brie... | 4th Appellant's Brief Base/Consultation Fee | | 150.00 | 150.00 |
| 4th AA Ori... | Fourth Circuit Appellants Brief per Original Page | 38 | 4.50 | 171.00 |
| 4th AA Brief | 4th Appellant's Brief Per Page Fee (4 copies of 38 pages) | 152 | 0.15 | 22.80T |
| Compose | Composition of Tables/Formatting/Edits Per Hour Fee | 2.25 | 175.00 | 393.75 |
| 4th JA Orig... | 4th Circuit JA per Original Page | 64 | 3.50 | 224.00 |
| 4th JA | 4th Joint Appendix Per Page Fee | 64 | 0.15 | 9.60T |
| UPS/FedEX | UPS/FedEx Charges | | 18.00 | 18.00 |
| | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

Fed. ID 20-1820925

**Total** $989.15

Finance Charge Notice: All invoices over 30 days will be assessed finance charges at the rate of 1.75% per month

| Phone # | Fax # | E-mail |
|---|---|---|
| 804-249-7770 | 804-249-7771 | tracy@gibsonmoore.net |

**Gibson Moore Appellate Services, LLC**

206 East Cary Street
P.O. Box 1460
Richmond, VA 23218

# Invoice

| Date | Invoice # |
|---|---|
| 12/27/2018 | 105199 |

| Bill To |
|---|
| Stephen Ralph Klein
PILLAR OF LAW INSTITUTE
455 Massachusetts Avenue, Suite 359
Washington, DC 20001 |

| Case |
|---|
| 18-2167
Fusaro v Davitt |

| Terms | Due Date | Rep | File Date |
|---|---|---|---|
| Net 15 | 1/11/2019 | PW | 12/27/2018 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 4th RB Base | 4th Circuit Reply Brief Base/Consultation Fee | | 150.00 | 150.00 |
| 4th RB Orig... | 4th Reply Brief per Original Page | 20 | 4.50 | 90.00 |
| 4th RB | 4th Circuit Reply Brief Per Page Fee (3 copies of 20 pages) | 60 | 0.15 | 9.00T |
| Compose | Composition of Tables/Formatting Per Hour Fee | 1.25 | 175.00 | 218.75 |
| UPS/FedEX | UPS/FedEx Charges | | 9.00 | 9.00 |
| | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

**Second Notice**
We appreciate your prompt payment.

**Total** $476.75

Finance Charge Notice: All invoices over 30 days will be assessed finance charges at the rate of 1.75% per month

| Phone # | Fax # | E-mail |
|---|---|---|
| 804-249-7770 | 804-249-7771 | tracy@gibsonmoore.net |

**Gibson Moore Appellate Services, LLC**

206 East Cary Street
P.O. Box 1460
Richmond, VA 23218

# Invoice

| Date | Invoice # |
|---|---|
| 1/4/2019 | 105213 |

**Bill To**

Stephen Ralph Klein
PILLAR OF LAW INSTITUTE
455 Massachusetts Avenue, Suite 359
Washington, DC 20001

**Case**

18-2167
Fusaro v. Davitt

| Terms | Due Date | Rep | File Date |
|---|---|---|---|
| Net 15 | 1/19/2019 | TMS | 1/4/2019 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 4th Extra C... | 4th Circuit Extra Copies Base Fee | | 75.00 | 75.00 |
| 4th AA Brief | 4th Appellant's Brief Per Page Fee (3 copies of 38 pages) | 114 | 0.25 | 28.50T |
| 4th JA | 4th Joint Appendix Per Page Fee (3 copies of 64 pages) | 192 | 0.25 | 48.00T |
| 4th RB | 4th Circuit Reply Brief Per Page Fee (3 copies of 20 pages) | 60 | 0.25 | 15.00T |
| | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

**Second Notice**
We appreciate your prompt payment.

**Total**     $166.50

Finance Charge Notice: All invoices over 30 days will be assessed finance charges at the rate of 1.75% per month

| Phone # | Fax # | E-mail |
|---|---|---|
| 804-249-7770 | 804-249-7771 | tracy@gibsonmoore.net |