IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DENNIS FUSARO<br>   *Plaintiff*,<br><br>v.<br><br>CHARLTON T. HOWARD, III, *et al.*,<br>   *Defendants*. | Civil Action No. ELH-17-3582 |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 14th day of July, 2020, by the United States District Court for the District of Maryland, hereby **ORDERED:**

1. The Supplemental Complaint Motion (ECF 41) is **GRANTED**

2. The Fusaro Motion (ECF 53) is **DENIED**;

3. The State Motion (ECF 56) is **GRANTED**; and

4. The Clerk is directed to **CLOSE** this case.

/s/
Ellen Lipton Hollander
United States District Judge